UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VILMA MICHELLE JUAREZ,<br><br>Defendant. | Case No.:  20CR2513-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |
|---|---|

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for June 4, 2021; the hearing is **CONTINUED** to **Friday, July 2, 2021** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  June 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge